# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1020**                                    **September Term, 2014**

**EPA-79FR70352**

**Filed On: March 16, 2015 [1542399]**

American Petroleum Institute,

        Petitioner

    v.

Environmental Protection Agency and Gina McCarthy,

        Respondents

------------------------------

Environmental Defense Fund, et al.,
        Intervenors
------------------------------

Consolidated with 15-1021

## O R D E R

Upon consideration of the motion for leave to intervene, and the motion to hold cases in abeyance, it is

**ORDERED** that the motions be granted, and these cases be held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning June 15, 2015.

The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency proceedings.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

              BY:    /s/
                     Mark A. Butler
                     Deputy Clerk